**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| IN RE: | CASE NO: 10-07765/W/3 |
|---|---|
| ALLEN CANZATER | |
| 208 BLACK OAK COURT | (CHAPTER 13) |
| GASTON, SC 29053 | |

**OBJECTION ORDER**

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby ORDERED.

**FILED BY THE COURT**
**09/05/2013**



Entered: 09/05/2013

*John E Waites*

US Bankruptcy Judge    ©
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>ALLEN CANZATER<br>208 BLACK OAK COURT<br>GASTON, SC 29053 | CASE NO: 10-07765/W/3<br><br>(CHAPTER 13) |

**ORDER**

This matter is before the Court on the objection of the Trustee to a claim in the amount of $92.45, filed in the above-entitled case on July 24, 2013 by:

UNITED CONSUMER FINANCIAL SVCS
% BASS & ASSOCIATES
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712

Claim ID: 10007

Following notice to the parties in interest, IT IS ORDERED:

**As this claim was not filed within the period of time allowed for filing, claim is disallowed.**

AND IT IS SO ORDERED.

ATTORNEY FOR THE DEBTOR:
DAVID GAFFNEY/GAFFNEY LAW FIRM
PO BOX 3966
WEST COLUMBIA, SC 29171

TRUSTEE:
William K. Stephenson, Jr.
1825 Blanding Street
P. O. Box 8477
Columbia, SC 29202